Lorraine Alvarado #2721417
Name and Inmate Booking Number

Clark County Detention Center
Place of Confinement

P.O. Box 43059
Mailing Address

Las Vegas, N.V. 89116
City, State, Zip Code

```
_/ FILED          ___ RECEIVED
___ ENTERED       ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

         JAN 0 2 2025

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ AMM_ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Lorraine Alvarado #2721417 ,
                        Plaintiff

vs.

(1) Las Vegas Metropolitan Police Dep. ,
(2) Justin Garcia ,
(3) Jacob Barr ,
(4) Dalley Williams ,
(5) _____ ,
                        Defendant(s).

Case 2:25-cv-00007-RFB-NJK

Case
(To be supplied by Clerk of Court)

## CIVIL RIGHTS COMPLAINT
## BY AN INMATE

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

☑ Jury Trial Demanded

## A.   JURISDICTION

1) This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
   ☐ Other: _____

2) Institution/city where Plaintiff currently resides: Clark County Detention Center

3) Institution/city where violation(s) occurred: Henderson

## B. DEFENDANTS

1. Name of first Defendant: Las Vegas Metropolitan Police. The first Defendant is employed as: Law Enforcement (Position of Title) at Police Department (Institution).

2. Name of second Defendant: Justin Garcia. The second Defendant is employed as: Patrol Officer (Position of Title) at Las Vegas Metropolitan Police Dep. (Institution).

3. Name of third Defendant: Jacob Barr. The third Defendant is employed as: Field Training Officer/Patrol (Position of Title) at Las Vegas Metropolitan Police Dep. (Institution).

4. Name of fourth Defendant: Dalley Williams. The fourth Defendant is employed as: Patrol Officer (Position of Title) at Las Vegas Metropolitan Police Dep. (Institution).

5. Name of fifth Defendant: _____. The fifth Defendant is employed as: _____ at _____ (Position of Title) (Institution).

If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. NATURE OF THE CASE

Briefly state the background of your case.

On March 1st, 2023 a high speed chase ensued. A tire deflation device was deployed. Damaging the vehicle; preventing the vehicle from breaking. Therefore causing a collision. I fled from the vehicle with a cell phone and a firearm in hand. While running, Officer Justin Garcia #17458 fired 7 shots at me — Then falsely reported through dispatch "suspect shooting" followed by 5 more shots there after. Then Officer Jacob Barr fired 4 shots at me. Both officers later claim I pointed a gun at them. Body-cam footage will show I did not point the gun in any direction. After sustaining 9 g.s.r (gun shot wounds) officer Barr manhandled and flung my wounded body by malicious force.

### D. CAUSE(S) OF ACTION

### CLAIM 1

1. State the constitutional or other federal civil right that was violated: 5th Amendment- Due Process Through the 14th Amendment Substantive Due Process

2. **Claim 1**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   - ☐ Basic necessities
   - ☐ Medical care
   - ☐ Mail
   - ☐ Disciplinary proceedings
   - ☐ Exercise of religion
   - ☐ Property
   - ☐ Access to the court
   - ☐ Excessive force by officer
   - ☐ Retaliation
   - ☐ Threat to safety
   - ☒ Other: Reckless Endangerment of public Safety

3. **Date(s) or date range** of when the violation occurred: 03/01/2023

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

A tire deflation device was deployed @ 18:27:08 on March 1, 2023; by L.V. Officer Dalley Williams on 95/Russel during rush hour traffick. Endangering the publics safety. Disregarding the publics safety, ultimately resulting · therefore causing · a Motor-Vehicle collision. The tire deflation device also caused damage to #4 additional vehicles. 1) Diakonis, Mathew - NV Plate 742-2XJ 2) Dunbar, Mark NV Plate 86F-330 3) Cumelis, Richard NV Temp Tag NX-103-527 4) Olsen, Kenneth South Dakota Plate 2BJ-799 Although in the associated incident #LLV230300003145, it was communicated through Police Channels/dispatch - CAD; NO INJURIES occured in the alledged crime. No cash was taken. Officers proceeded to use tactics that would escalate not deescalate. Throwing caution to the wind to apprehend suspects that committed a petty theft. Endangering the safety of the public to effect a lawful arrest.

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: 5th Amendment - Due Process Through the 14th Amendment - Substantive Due Process

2. **Claim 2**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities       ☐ Medical care            ☐ Mail
   ☐ Disciplinary proceedings ☐ Exercise of religion   ☐ Property
   ☐ Access to the court     ☒ Excessive force by officer ☐ Retaliation
   ☐ Threat to safety        ☐ Other: _____

3. **Date(s) or date range** of when the violation occurred: 03/01/2023

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

On March 1st, 2023 I was running away from police. From the second I exited the vehicle I had a cell-phone and firearm in my hand. I was in the motion of running away when Officer Justin Garcia fired #7 rounds at me. At 18:29:15 he ejected his magazine, inserted a new magazine; then radioed, "shots fired, suspect shooting" (I had not fired a single shot. I fell down, and in fear for my life, continued to run) Due to Officer Garcias' false report, Nearby officers were authorized to use more deadly force. Officer Garcia shot an additional #5 rounds. Forensics will show officer Garcia fired the first 12 rounds. Then Officer Jacob Barr fired #4 round. All 9 rounds (5 by Officer Garcia and 4 by Officer Barr) fired after Officer Justin Garcias' false report through police channels/dispatch. Was an excessive use of deadly force.

## CLAIM 3

1. State the constitutional or other federal civil right that was violated: #14th Amendment Substantive Due Process - Police Conduct that "shocks the Conscience."

2. **Claim 3**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities      ☐ Medical care          ☐ Mail
   ☐ Disciplinary proceedings  ☐ Exercise of religion  ☐ Property
   ☐ Access to the court    ☐ Excessive force by officer  ☐ Retaliation
   ☐ Threat to safety       ☑ Other: Police Brutality

3. **Date(s) or date range** of when the violation occurred: 03/01/2023

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

On March 1st, 2023 After being shot at 12x by officer Justin Garcia, and hit possibly 5 times. I attempted to find cover from the gun shots behind a tree. Then as I attempted to raise my hands to surrender. Officer Jacob Barr shot me in my abdomine. I fell to the ground, and officer Barr shot at me 3 more times while I was in a fetal position. Hitting me in the foot, leg, and knee. I did not realize I was still holding both the cell phone and gun in my right hand. I lost muscle and nerve control in my right arm from being shot 2x by officer Garcia in my arm. Body Cam footage will show officer Barr demanding I drop the gun. It took great effort to release and throw both items. In the associated event #LL230300003145 $900 of clothing was stolen. No injuries and no cash taken. These police officers brutally chased me, and brutality shot at me 16x. Hitting me 9x to a point of overkill. I almost died for $900 in clothes. That is a clear display of Police Brutality.

If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.

5

### E. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while incarcerated?   ☐ Yes   ☑ No

2. Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)?   ☐ Yes   ☑ No

3. If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?"   ☐ Yes   ☑ No

### F. REQUEST FOR RELIEF

I believe I am entitled to the following relief: *Pain and Suffering to the amount of 7 million per bullet. 1 million for Future medical expenses.*

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(name of person who prepared or helped prepare this complaint if not the plaintiff)

*L. Alvarado*
(signature of plaintiff)

*12/20/2024*
(date)

### ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.