UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lorraine Alvarado,<br><br>          Plaintiff(s),<br><br>v.<br><br>Las Vegas Metropolitan Police Department, et al.,<br><br>          Defendant(s). | Case No. 2:25-cv-00007-RFB-NJK<br><br>Order<br><br>[Docket No. 16] |

Pending before the Court is Plaintiff's motion for leave to file a second amended complaint. Docket No. 16.

The primary purpose of the proposed amendment is Plaintiff's attempt to cure the deficiencies with her *Monell* claim against Las Vegas Metropolitan Police Department. *See id.* at 2. The undersigned has already issued a report and recommendation that this particular claim be dismissed <u>without</u> further leave to amend. Docket No. 11.[1] If Plaintiff seeks relief as to that report and recommendation, she is instructed to file an objection. *See id.* at 5-6. The motion for leave to amend as to this *Monell* claim will be denied without prejudice to Plaintiff filing an objection to the pending report and recommendation.

The proposed amendment also seeks to add factual allegations and causes of action against Defendants Williams, Barr, and Garcia. The Court already issued a screening order permitting

---

[1] Even were the motion to amend properly filed as to this issue, the proposed amendment does not appear to cure the deficiencies as to the *Monell* claim. Docket No. 16-3 at 9-10. The proposed second amended complaint uses the words "policy and custom," as well as indicating that the department is responsible for training its officers, but the <u>factual</u> allegations presented are that the individual defendants engaged in wrongful conduct. *See id.* At bottom, the proposed second amended complaint appears to rest on a *respondeat superior* theory that "L.V.M.P.D. is responsible and accountable, as well as liable for [its] police officers['] conduct, misconduct, negligence, and duty-performance." *Id.* at 9. Local governments, such as municipalities, cannot be held liable under § 1983 on a *respondeat superior* theory. *Monell v. Dept. of Soc. Serv. of City of N.Y.*, 436 U.S. 658, 691 (1978)

1

Plaintiff's excessive force claim to proceed against Defendants Williams, Barr, and Garcia, Docket No. 5, and service is currently being attempted as to Defendants Williams, Barr, and Garcia based on that screening order. Given that procedural posture, considering any new amendments as to the individual defendants is better addressed after they have appeared on the excessive force allegations that were previously screened.

Accordingly, Plaintiff's motion for leave to file a second amended complaint is **DENIED** without prejudice. If Plaintiff seeks relief as to Las Vegas Metropolitan Police Department, she must file an objection to the pending report and recommendation. The Court hereby **REOPENS** and **EXTENDS** that objection deadline to November 18, 2025. If Plaintiff seeks to add factual allegations or causes of action against Defendants Williams, Barr, and Garcia, she may seek that relief after they have appeared in the case.

IT IS SO ORDERED.

Dated: November 4, 2025

_____
Nancy J. Koppe
United States Magistrate Judge