AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

REC'D USMS D/NV
2025 NOV 05 AM 08:44

Lorraine Alvarado )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:25-cv-00007-RFB-NJK
Las Vegas Metropolitan Police Department et al )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dalley Williams

___ FILED            ___ RECEIVED
___ ENTERED          ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

DEC - 5 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lorraine Alvarado
2721417
Clark County Detention Center
330 S. Casino Center Blvd.
Las Vegas, NV 89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/24/2025                        _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00007-RFB-NJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WILLIAMS
was received by me on *(date)* 12/3/25 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because NO USM285 RECEIVED FOR SERVICE ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/4/25

*Server's signature*

Dmitriy Ostry___ SDUSM
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

**U.S. Marshals Service**
**333 Las Vegas Blvd So, Ste 2058**
**Las Vegas, NV 89101**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

REC'D USMS D/NV
2025 NOV 05 AM 08:44

Lorraine Alvarado )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:25-cv-00007-RFB-NJK
Las Vegas Metropolitan Police Department et al )
)
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Jacob Barr

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lorraine Alvarado
2721417
Clark County Detention Center
330 S. Casino Center Blvd.
Las Vegas, NV 89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/24/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00007-RFB-NJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BARR

was received by me on *(date)* 12/3/25 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because NO USM285 RECEIVED FOR SERVICE ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/4/25

Server's signature

Dmitriy Ostryan   SDUSM
Printed name and title

Server's address

Additional information regarding attempted service, etc:

U.S. Marshals Service
333 Las Vegas Blvd So, Ste 2058
Las Vegas, NV 89101

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

REC'D USMS D/NV
2025 NOV 05 AM 08:43

Lorraine Alvarado )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:25-cv-00007-RFB-NJK
Las Vegas Metropolitan Police Department et al )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Justin Garcia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lorraine Alvarado
2721417
Clark County Detention Center
330 S. Casino Center Blvd.
Las Vegas, NV 89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/24/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00007-RFB-NJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   J. GARCIA

was received by me on *(date)*   12/2/25   .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because   NO USM 265 RECEIVED FOR SERVICE   ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/4/25

*Server's signature*

Dmitriy Ostryan  SDUSM
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

U.S. Marshals Service
333 Las Vegas Blvd So, Ste 2058
Las Vegas, NV 89101