**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lorraine Alvarado,<br><br>    Plaintiff(s),<br><br>v.<br><br>Las Vegas Metropolitan Police Department,<br>et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-00007-RFB-NJK<br><br>Order<br><br>[Docket No. 22] |

On February 24, 2025, the Court ordered that service must be completed within 90 days on Defendants Williams, Barr, and Garcia. Docket No. 5. Now pending before the Court is a notice of intent to dismiss pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Docket No. 21, along with Plaintiff's response thereto in the form of a motion for service, Docket No. 22.[1] Rather than comply with the straightforward directive for Plaintiff to provide the Marshals Service with the required USM-285 forms, *see, e.g.*, Docket No. 18 at 3 ("Plaintiff has twenty days in which to furnish the U.S. Marshal with the required Form USM-285"), Plaintiff has now attached those forms to her filing with the Court, *see* Docket No. 22-4. Filing those forms with the Court is both untimely and not in compliance with the order that Plaintiff send those forms to the Marshals Service (not file them on the docket).

As a final courtesy to Plaintiff, the Court **GRANTS** her motion for service. Docket No. 22. The Court **INSTRUCTS** the Clerk's Office to deliver to the Marshals Service a copy of each of the USM-285 forms (Docket No. 22-4), a copy of each of the summonses (Docket No. 7), and three copies of the amended complaint (Docket No. 9). The Court also **EXTENDS** the deadline to effectuate service to March 2, 2026. Within twenty days after receiving from the Marshals

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1

Service a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether each defendant was served.  If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

Plaintiff is **warned** that the Court expects strict compliance with its orders moving forward. Failure to comply with those orders may result in the imposition of sanctions, up to and including dismissal.

IT IS SO ORDERED.

Dated: January 15, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2