# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Lorraine Alvarado,

      Plaintiff(s),

v.

Justin Garcia, et al.,

      Defendant(s).

Case No. 2:25-cv-00007-RFB-NJK

**Order**

[Docket No. 30]

On February 17, 2026, the Court issued the standard scheduling order for civil rights cases involving *pro se* inmates. *See* Docket No. 28. That scheduling order provides three months for discovery. *See id.* Now pending before the Court is Defendants' motion to extend case management deadlines by 90 days (i.e., to double the discovery period). Docket No. 30. A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. This analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). No such showing has been made here. The motion alludes to Plaintiff's incarceration and the need to file a motion for her deposition, as well as Plaintiff's upcoming transfer from the detention center to prison. *See* Docket No. 30 at 3-4. The motion does not explain why those circumstances render it infeasible to complete discovery by the current cutoff of May 18, 2026, which is 74 days after the motion was filed, let alone why Defendants would need an additional 90 days thereafter to complete discovery. Accordingly, the motion to extend is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: March 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1