# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Lorraine Alvarado,

      Plaintiff(s),

v.

Las Vegas Metropolitan Police Department, et al.,

      Defendant(s).

Case No. 2:25-cv-00007-RFB-NJK

Order

[Docket No. 41]

On April 28, 2026, the undersigned issued a report and recommendation for dismissal, to which no objection has been filed. Docket No. 39. In light of that recommendation, the Court **DENIES** without prejudice Defendants' motion to extend the discovery period. Docket No. 41. The Court **VACATES** the remaining case management deadlines. If the recommendation is not adopted by the assigned district judge, Defendants may renew their request for more time for discovery at that juncture.

      IT IS SO ORDERED.

      Dated: May 18, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1