Christopher J. Lalli (5398)
**HUTCHISON & STEFFEN, PLLC**
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086

*Attorneys for Defendants*
*Justin Garcia and Jacob Barr*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORRAINE ALVARADO,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JUSTIN GARCIA, JACOB BARR; DALLEY WILLIAMS;<br><br>Defendant. | Case No. 2:25-CV-00007-RFB-NJK<br><br>**SUBSTITUTION OF COUNSEL** |

Defendants, Justin Garcia and Jacob Barr ("Defendants") substitute the law firm of Hutchison & Steffen, PLLC as their attorneys of records in place and stead of the law firm of Lewis Brisbois Bisgaard & Smith LLP.

Dated this 24th day of August, 2026.

By: /s/Matthew Christian
Assistant General Counsel

On behalf of Defendants

///

///

The law firm of Lewis Brisbois Bisgaard & Smith LLP agrees and consents to the substitution of the law firm of Hutchison & Steffen, PLLC as the attorneys of record for Defendant.

Dated this 24th day of August, 2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/Robert W. Freeman*
Robert W. Freeman (3062)
E. Matthew Freeman (14198)
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118

The law firm of Hutchison & Steffen, PLLC accepts substitution as attorneys for Defendant in this matter.

Dated this 24th day of August, 2026.

**HUTCHISON & STEFFEN, PLLC**

*/s/Christopher J. Lalli*
Christopher J. Lalli (5398)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendants*
*Justin Garcia and Jacob Barr*

**ORDER**

IT IS SO ORDERED.

______________________________
United States Magistrate Judge

DATED: August 26, 2026